IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORNELIUS MARTIN, II,

    Plaintiff,

v.                                                                                             4:11cv591-WS

COLLEEN MEERENGELO and
MIKE WOOD,

    Defendants.

_____

### ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (doc. 7) docketed February 13, 2012. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with an order of the court or to prosecute this case.

    Upon review of the record, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

    2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to comply with an order of the court and to prosecute.

    3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___15th___ day of ___March___, 2012.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE